UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

KEITH LAMONT NETTLES,

        Petitioner,             Case No. 1:21-cv-997

v.                                    Hon. Hala Y. Jarbou

NEWAYGO COUNTY JAIL,

        Respondent.
_____/

## ORDER

        This is a habeas corpus action brought under 28 U.S.C. § 2241 by a federal pretrial detainee. On December 2, 2021, the Court entered an opinion and judgment (ECF Nos. 2, 3) dismissing the petition without prejudice for failure to exhaust available remedies. Upon further review, the Court concludes that dismissal with prejudice is warranted. Accordingly, the opinion and judgment entered December 2, 2021, are **VACATED**. The Court will enter an amended opinion and judgment addressing Petitioner's claims on the merits.

        **IT IS SO ORDERED**.

Dated:  December 6, 2021                /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                         UNITED STATES DISTRICT JUDGE